ORDERED UNSEALED on 9/30/2025 s/ BreanneC

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD DAVENPORT (1) and TERRANCE DEON KYLE (2),<br><br>Defendants. | Case No.: '25 MJ5268<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about May 22, 2025, within the Southern District of California, defendant RONALD DAVENPORT knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO

On or about May 22, 2025, within the Southern District of California, defendant TERRANCE DEON KYLE knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

LORENA MARTINEZ Digitally signed by LORENA MARTINEZ Date: 2025.09.26 06:43:09 -07'00'

LORENA MARTINEZ
SPECIAL AGENT, ATF

//

//

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 26th day of September 2025.

Michelle M. Pettit

HON. MICHELLE M. PETTIT
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On May 22, 2025, at approximately 9:10 p.m., Officers with the Chula Vista Police Department were patrolling the area near 245 Woodlawn Avenue, which is within the Southern District of California. One of the patrolling Officers observed a Mercedes-Benz sedan drive out of the parking lot at 245 Woodlawn Avenue. The Mercedes was being driven without a front license plate, in violation of California Vehicle Code §5200(A). Police initiated a traffic stop of the Mercedes based on that violation.

The Mercedes yielded to police and the Officers observed the Mercedes was occupied by a driver and front seat passenger. The driver was later identified as TERRANCE DEON KYLE and the passenger was later identified as RONALD DAVENPORT. Upon contacting KYLE and DAVENPORT, police observed two baggies containing white substances believed to be narcotics hanging from KYLE's front watch pocket. Police asked KYLE and DAVENPORT whether there were any firearms in the vehicle, and both individuals stated there were no weapons in the vehicle. The Officers asked KYLE to exit the vehicle due to the narcotics seen in plain view. Once KYLE was outside of the vehicle, police recovered one baggie of white powder believed to be cocaine and one baggie of a white crystalline substance believed to be methamphetamine. KYLE was placed under arrest for possessing narcotics.

As police were dealing with KYLE, other on-scene Officers spoke with DAVENPORT and asked for his identification. DAVENPORT stated he didn't have his identification. Police asked DAVENPORT whether he was on probation and he stated he was not probation. When police asked DAVENPORT for his name, he stated "Terrell" and police observed he became nervous when speaking with them. DAVENPORT was asked by police to exit the vehicle so that they could search the vehicle after the driver's narcotics were located. DAVENPORT then climbed over the center console and exited the Mercede's driver's door and began running from Officers.

DAVENPORT was ultimately detained and arrested after a foot pursuit by Officers. DAVENPORT was searched incident to arrest and found to be in possession of a Smith &

Wesson SD40VE firearm, which was in a holster on DAVENPORT's waistband. A records check of the Smith & Wesson firearm revealed it to be reported stolen out of Phoenix.

Records checks on DAVENPORT revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 7/15/2013 | CASC – San Diego | Cal. P.C. §459—Burglary (Felony) | 4 Years Prison |
| 9/23/2014 | CASC – San Diego | Cal. P.C. §459—Burglary (Felony) | 7 Years Prison |
| 6/16/2022 | CASC – San Diego | Cal. U.I. §2101(a)—False Statement (Felony) | 4 Years Prison |

A search of the Mercedes revealed two additional firearms located a satchel-type bag located behind the passenger's seat. The two firearms inside the satchel included a Glock 19 handgun and a Glock 23 handgun. A records check of the Glock 19 handgun revealed it was reported stolen out of Phoenix. In addition to the firearms, there were approximately eight ammunition magazines in the satchel with the two Glock handguns. Also in the satchel was a business card for a Mercedes-Benz dealership.

On May 24, 2025, police contacted the Mercedes-Benz dealership of El Cajon, which is the dealership listed on the business card in the satchel where the two Glock firearms were located. The police called the dealership to obtain additional details regarding the Mercedes being driven by KYLE on May 22, 2025. The dealership confirmed that the Mercedes stopped by police was rented to KYLE, and the dealership provided police the rental agreement listing KYLE as the renter of the Mercedes.

Records checks on KYLE revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 6/16/2000 | CASC – San Diego | Cal. H&S §11352—Transportation of Controlled Substances (Felony) | 2 Years Prison |
| 5/8/2006 | CASC – San Diego | Cal. H&S §11379—Transportation of | 3 Years Prison |

| | | | |
|---|---|---|---|
| | | Methamphetamine (Felony) | |
| 11/30/2018 | CASC – San Diego | Cal. P.C. §22210—Possess/Mfg Leaded Cane or Baton (Felony) | 2 Years Prison |

The Smith & Wesson firearm and the Glock firearms were seized and inspected. Preliminary checks revealed that the firearms were not manufactured in California and therefore traveled in interstate commerce to arrive in California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.